[No. 50504-1-I. Division One. March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ARTHUR EVERETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02920-3, Philip G. Hubbard, Jr., J., entered September 10, 2001. *Reversed* by unpublished per curiam opinion.

[No. 50601-3-I. Division One. March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03194-3, Michael Hayden, J., entered July 17, 2000. *Reversed* by unpublished per curiam opinion.

[Nos. 50636-6-I; 50637-4-I; 50739-7-I. Division One. March 3, 2003.]

*In the Matter of the Dependency of* J.A.B., ET AL.

ROSE ADAMS, ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 01-7-00696-3, Richard J. Thorpe, J., entered June 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50648-0-I. Division One. March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER GUERRERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08997-4, Charles W. Mertel, J., entered June 21, 2002. *Affirmed* by unpublished per curiam opinion.